# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| MICHAEL L. BURNETT, | |
|     PLAINTIFF, | |
| v. | No.: 3:12-cv-581<br>Phillips/Shirley |
| STATE OF TENNESSEE<br>DEPARTMENT OF<br>CHILDREN'S SERVICES, | JURY DEMANDED |
|     DEFENDANT. | |

## STIPULATED PROTECTIVE ORDER

The parties have agreed to a protective order in regard to certain documents requested by the defendant that the plaintiff maintains are confidential. These documents include the plaintiff's medical records, employment records, financial information, and tax records. The parties have agreed to the appropriate use and dissemination of the plaintiff's confidential information as further specified herein. By agreeing to this Order, the plaintiff is not waiving any objections to the discoverability, relevance, or admissibility of documents requested by defendant.

IT IS THEREFORE ORDERED:

1. The records produced by the plaintiff designated as "Confidential" may include the plaintiff's medical records, employment records, financial records, tax records, and records of a similar nature.

2. Access to documents designated "Confidential" and copies thereof or the information contained therein shall be limited to the parties and counsel of record and their staff actively engaged in this proceeding. The defendant shall not give or provide the documents and

copies of the information contained therein to any other person, except as provided herein unless either: (i) the Court, upon reasonable notice, enters an order permitting declassification of the documents or information; or (ii) the plaintiff agrees. The defendant shall use the documents and copies or the information contained therein solely in connection with this proceeding and for no other purpose.

3. Solely for the purposes of this action, the defendant may disclose said confidential documents, copies, or the information contained therein to persons who are independent expert witnesses or prospective independent expert witnesses in this action. The defendant shall provide to each independently retained expert to whom disclosure is being made a copy of this Order, each such person shall agree to comply with and be bound by its terms, and that expert shall execute, subscribe, and return to the party seeking to disclose the confidential records an acknowledged copy of the Confidentiality Affidavit, a copy of which is appended hereto as **Exhibit 1**.

4. It is the intent of the parties that this Order shall not limit the appropriate use in this litigation of the documents or excerpts thereof or information contained therein covered by this Order that are relevant to the issues in the case. Upon motion, and in compliance with E.D. TN. LR 26.2, any party may request that specific documents or portions thereof be filed under seal.

5. No designated person, witness, or counsel shall make any permanent copies of confidential documents or information contained therein, for any use in their business or personal affairs or any other litigation or case. No confidential documents, copies thereof, or any information contained therein shall be used for any purpose, other than the preparation and conduct of this litigation.

6. After the termination of this action, the defendant shall collect all copies of all confidential documents covered by this Order, including copies entrusted to any person to whom disclosure has been made pursuant to this Order, and shall forthwith return the same to counsel for the plaintiff, or destroy the documents.

ENTERED this  29   day of             July            , 2013.


   s/ C. Clifford Shirley, Jr.           
UNITED STATES MAGISTRATE JUDGE


**APPROVED FOR ENTRY:**

s/Troy S. Weston                              
JENNIFER B. MORTON, BPR # 015585
JENNIFER MORTON LAW, PLLC
8217 Pickens Gap Road
Knoxville, Tennessee 37920
865.579.0708
865.579.0787 (facsimile)

TASHA C. BLAKNEY, BPR # 019971
TROY S. WESTON, BPR # 027616
ELDRIDGE & BLAKNEY, P.C.
The Cherokee Building
400 W. Church Avenue, Suite 101
Knoxville, Tennessee 37902
865.544.2010
865.544.2015 (facsimile)

COUNSEL FOR MR. BURNETT

s/John W. Dalton, signed w/permission     
JOHN W. DALTON, BPR # 016653
Tennessee Attorney General & Reporter
Civil Litigation & State Services Division
Post Office Box 20207
Nashville, Tennessee 37202-0207
615.741.8062

COUNSEL FOR THE STATE OF
TENNESSEE DEPARTMENT OF
CHILDREN'S SERVICES